# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM L. KELLEY, | ) | CASE NO. 5:21-cv-649 |
| | ) | |
| PLAINTIFF, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| vs. | ) | JUDGMENT ENTRY |
| | ) | |
| KRISTIN FARMER, *et al.,* | ) | |
| | ) | |
| DEFENDANTS. | ) | |

In accordance with the Court's accompanying Memorandum of Opinion and Order, Plaintiffs' complaint is dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

Date: 7/19/2021

J. Philip Calabrese
U.S. District Judge